IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **KELVIN ELLIS, AIS # 186479,** | : | |
| Plaintiff, | : | |
| vs. | : | **CIVIL ACTION 03-0537-BH-L** |
| **TOMMY BUFFORD,** | : | |
| Defendant. | : | |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** with prejudice, prior to service of process, as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**DONE** this 14th day of July, 2005.

s/ W. B. Hand
SENIOR DISTRICT JUDGE