IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **KELVIN ELLIS, AIS # 186479,** | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 03-0537-BH-L |
| **TOMMY BUFFORD,** | : |
| Defendant. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**DONE** this 14th day of July, 2005.

                                                  s/ W. B. Hand
                                      SENIOR DISTRICT JUDGE